# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4TH day of March, two thousand and thirteen,

| | |
|---|---|
| Authors Guild, Inc., Australian Society Of Authors Limited, Union Des Ecrivaines Et Des Ecrivains Quebecois, Angelo Loukakis, Roxana Robinson, Andre Roy, James Shapiro, Daniele Simpson, T.J. Stiles, Fay Weldon, Authors League Fund, Inc., Authors' Licensing and Collecting Society, Sveriges Forfattarforbund, Norsk Faglitteraer Forfattero OG Oversetterforening, Writers' Union of Canada, Pat Cummings, Erik Grundstrom, Helge Ronning, Jack R. Salamanca, | **ORDER** <br> Docket <br> No: 12-4547 |

   Plaintiffs - Appellants,

v.

Hathitrust, Cornell University, Mary Sue Coleman, President, University of Michigan, Mark G. Yudof, President, University of California, Kevin Reilly, President, University of Wisconsin System, Michael McRobbie, President, Indiana University,

   Defendants - Appellees,

National Federation of the Blind, Georgina Kleege, Blair Seidlitz, Courtney Wheeler,

   Intervenor Defendants - Appellees.

Appellees Georgina Kleege, National Federation of the Blind, Blair Seidlitz and Courtney Wheeler have filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting May 28, 2013 as the brief filing date.

The scheduling notification hereby is so ordered.

                For The Court:

                Catherine O'Hagan Wolfe,
                Clerk of Court

