**BROWN GOLDSTEIN LEVY**

Daniel F. Goldstein<br>
dfg@browngold.com

June 26, 2014

**<u>VIA ECF</u>**
Catherine O'Hagan Wolfe, Clerk
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re:   *The Authors Guild, Inc., et al. v. HathiTrust, et al.*
           No.: 12-4547
           Request for Correction to Case Caption
           <u>June 10, 2014 Opinion (Document #278, 279, 285)</u>

Dear Ms. O'Hagan Wolfe:

    In reviewing the Court's opinion of June 10, 2014, there appears to be an error in the caption for the Defendant-Intervenors, specifically the name "Ellen Holloman" has been erroneously added as a party. She is not a Defendant-Intervenor nor is she a party in any capacity. Indeed, we do not know who she is and believe she has no connection to this case. We would greatly appreciate the caption being corrected by removing Ms. Holloman's name as a Defendant-Intervenor from documents 278, 279 and 285.

    If you have any questions, please call me at (410) 962-1030.

    Thank you for your attention in this matter.

                               Very truly yours,

                               Daniel F. Goldstein

DFG/dma

cc:    All Counsel