No. 12-4547-cv
*Authors Guild, Inc. v. HathiTrust*

# In the
# United States Court of Appeals
# For the Second Circuit

August Term, 2013

No. 12-4547-cv

AUTHORS GUILD, INC., AUSTRALIAN SOCIETY OF AUTHORS LIMITED, UNION DES ECRIVAINES ET DES ECRIVAINS QUEBECOIS, ANGELO LOUKAKIS, ROXANA ROBINSON, ANDRE ROY, JAMES SHAPIRO, DANIELE SIMPSON, T.J. STILES, FAY WELDON, AUTHORS LEAGUE FUND, INC., AUTHORS' LICENSING AND COLLECTING SOCIETY, SVERIGES FORFATTARFORBUND, NORSK FAGLITTERAER FORFATTER-OG OVERSETTERFORENING, WRITERS' UNION OF CANADA, PAT CUMMINGS, ERIK GRUNDSTROM, HELGE RONNING, JACK R. SALAMANCA,
*Plaintiffs-Appellants,*

v.

HATHITRUST, CORNELL UNIVERSITY, MARY SUE COLEMAN, President, University of Michigan, JANET NAPOLITANO, President, University of California, RAYMOND W. CROSS, President, University of Wisconsin System, MICHAEL MCROBBIE, President, Indiana University,
*Defendants-Appellees,*

Case 12-4547, Document 290, 06/30/2014, 1259902, Page2 of 2

NATIONAL FEDERATION OF THE BLIND, GEORGINA KLEEGE,
BLAIR SEIDLITZ, COURTNEY WHEELER, ELLEN HOLLOMAN,
*Intervenor Defendants-Appellees.*

Appeal from the United States District Court
for the Southern District of New York.
No. 11 CV 6351(HB) — Harold Baer, Jr., *Judge.*

Argued: October 30, 2013
Decided: June 10, 2014

**ERRATA**

| Page | Line | Delete | Insert |
|------|------|--------|--------|
| 2 | 2 | ELLEN HOLLOMAN, | |

_____     June 27, 2014
Barrington D. Parker,              Date
Circuit Judge

Copies have been sent
by chambers to:
X  Panel Members
X  West Publishing Co.
X  Clerk of the Court

RECEIVED 2014 JUN 30 AM 8:16 U.S. CLERK'S OFFICE COURT OF APPEALS