**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of June, two thousand and fourteen.

Before:   John M. Walker, Jr.,
          José A. Cabranes,
          Barrington D. Parker
             *Circuit Judges*.

_____

Authors Guild, Inc., Australian Society Of Authors Limited, Union Des Ecrivaines Et Des Ecrivains Quebecois, Angelo Loukakis, Roxana Robinson, Andre Roy, James Shapiro, Daniele Simpson, T.J. Stiles, Fay Weldon, Authors League Fund, Inc., Authors' Licensing and Collecting Society, Sveriges Forfattarforbund, Norsk Faglitteraer Forfattero-OG Oversetterforening, Writers' Union of Canada, Pat Cummings, Erik Grundstrom, Helge Ronning, Jack R. Salamanca,

   Plaintiffs - Appellants,

**JUDGMENT**
Docket No. 12-4547

v.

Hathitrust, Cornell University, Mary Sue Coleman, President, University of Michigan, Janet Napolitano, President, University of California, Raymond W. Cross, President, University of Wisconsin System, Michael McRobbie, President, Indiana University,

   Defendants - Appellees,

National Federation of the Blind, Georgina Kleege, Blair Seidlitz, Courtney Wheeler, Ellen Holloman,

   Intervenor Defendants - Appellees.

_____

The appeal in the above captioned case from a judgment of the United States District Court for the Southern District of New York was argued on the district court record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is AFFIRMED in part, VACATED in part and REMANDED for further proceedings in accordance with the opinion of this court.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 07/01/2014**